

PLAINTIFF'S
EXHIBIT

**A**
_____

**PennState**
College of Medicine

**RESIDENCIES & FELLOWSHIPS**

# Graduate Medical Education Policies

Home / Residencies and Fellowships / Policies

**IN THIS SECTION**    ˅

A number of policies guide the work of residents and fellows in the ACGME-accredited programs offered at Penn State Health and Penn State College of Medicine.

## Statement of Commitment to Graduate Medical Education

Penn State Health Milton S. Hershey Medical Center, as the ACGME-accredited Sponsoring Institution, together with Penn State Health and Penn State College of Medicine, affirms a shared commitment to excellence in graduate medical education (GME).

The Sponsoring Institution commits to providing the **administrative, educational, financial, human, and clinical resources** necessary to support all ACGME-accredited

residency and fellowship programs and to maintain substantial compliance with applicable ACGME Institutional, Common, and specialty-specific Program Requirements.

We are dedicated to a learning environment that promotes patient safety, professionalism, trainee well-being, and scholarly growth, and that aligns education with our clinical and research missions.

## Mission and Values in Support of GME

Penn State Health, Penn State Health Milton S. Hershey Medical Center, and Penn State College of Medicine share a unified mission to **continually improve the health and well-being of the people of Pennsylvania and beyond** by:

- Providing excellent, compassionate, culturally responsive, and equitable care;

- Educating and training health professionals, including residents and fellows;

- Advancing medical knowledge through research and discovery; and

- Engaging in community outreach and public service.

Our common values of **Respect, Integrity, Teamwork, and Excellence (RITE)** guide the work of our faculty, staff, residents, and fellows and underpin our commitment to high-quality GME.

## Oversight and Effective Period

The Designated Institutional Official (DIO), in collaboration with the Graduate Medical Education Committee (GMEC), is empowered to oversee GME programs, ensure compliance with ACGME requirements, and report to institutional leadership and the governing body on GME performance and needs.

This statement is effective **November 2025 through November 2030** and will be reviewed, dated, and signed at least once every five years.

**Additional Work Policy**

## Grievance and Due Process Policy    —

This Grievance and Due Process Policy shall be utilized for academic or other disciplinary actions that could result in suspension, dismissal, non-renewal of contract, non-promotion to the next level of training or other action that could significantly affect a resident's intended career development (the "Grievance Review Process"). This policy also sets forth the manner in which resident complaints related to the clinical learning environment, the program or faculty wil be addressed. Any Resident or Fellow serving in an ACGME accredited program a

Penn State Health Milton S. Hershey Medical Center ("PSHMC") may seek resolution of grievances under this Grievance and Due Process Policy.

## Academic or Other Disciplinary Actions

All residents and fellows participating in an ACGME accredited program shall be afforded the opportunity to have reviewed, in the manner set forth below, any of the following decisions:

› non-renewal of the Resident Agreement

› non-promotion to the next year of the training program

› suspension from the training program

› dismissal for cause

The process described in this document is designed to provide appropriate review of actions that may adversely affect a resident's or fellow's status while at the same time ensure patient safety, quality of care and the proper conduct within the training programs. The resident/fellow is NOT entitled to legal representation at any point in the Grievance Review Process.

## Program-Level Review

The following process for review of an academic or other disciplinary action shall be available to the resident or fellow:

1. Upon receipt of a decision from either the Clinical Competency Committee (CCC), the Program Director or the Department Chair, resulting in the suspension or dismissal from the training program, non-promotion to the next level of training or the non-renewal of the Resident Agreement, the resident/fellow may request the opportunity to present, in person, to the CCC their appeal of the decision. The resident/fellow must make this request to their respective Program Director, in writing, within seven (7) days of receiving the notice of the decision. The resident/fellow presentation to the CCC shall occur within fifteen (15) business days of receipt of the request to the Program Director unless a later date is mutually agreed to by all parties. The resident/fellow shall be

provided with the opportunity to present oral and written statements in support of the appeal.

2. If the CCC upholds the initial decision and the Program Director is not a member of the CCC, the resident/fellow will have the option of making an appeal to the Program Director for the respective Program.

3. If the Program Director is a member of the CCC or, upon review, the Program Director upholds the CCC decision, the resident/fellow will be given the opportunity to make the final Program Level Review appeal to the Department Chair.

4. If the resident/fellow waives all or any remaining steps in the process afforded under the Program Level Review or if the initial decision is upheld and all procedural steps of the Program Level Review have been exhausted, the Program Level Review has been concluded. If the resident/fellow does not make a timely request for the GME Level Review, the decision resulting from the Program Level Review shall be final and binding on the resident/fellow and Program and shall conclude the Grievance Review Process.

5. The Program Director shall establish a reasonable and appropriate time frame for the completion of the Program Level Review when the process is initiated by the resident/fellow.

## Graduate Medical Education-Level Review

Upon the conclusion of the Program Level Review, the resident/fellow may request the initiation of the applicable GME Level Review, as set forth below. The resident/fellow must make this request to the GME Office in writing within seven (7) days of the conclusion of the Program Level Review. Failure to do so shall constitute waiver of resident's or fellow's opportunity for the applicable GME Level Review. If initiated, the decision resulting from the GME Level Review shall be final and binding on the resident/fellow and Program and shall conclude the Grievance Review Process.

1. Non-renewal of Contract or Non-promotion in the Training Program: The resident/fellow will meet with the Vice Dean for Educational Affairs or the Associate Dean for Graduate Medical Education, as determined by the GME

office, to review the grievance. Prior to this meeting, the Vice Dean or Associate Dean will have the opportunity to review all relevant documents, including formative and summative evaluations and other assessments of the trainee, an consult with representatives of the Program to ensure consideration of information needed for an appropriate and informed decision. In the event a mutually agreeable resolution of the grievance is not possible, within seven (7) days following this meeting, the Vice Dean or Associate Dean will issue, in writing, his/her decision, concluding the GME Level Review and Grievance Review Process. In the event that both the Vice Dean and the Associate Dean have been involved in the direct evaluation of the resident/fellow in his/her training experience, an appropriate administrative designee will be determined.

2. Dismissal for Cause or Suspension from the Training Program: The resident/fellow will meet with a Graduate Medical Education Appeals Board comprised of a senior resident/fellow, two senior faculty members, a program director, and a representative of the Dean's office (Vice Dean for Educational Affairs, Associate Dean for GME/DIO, Associate DIO) to hear the appeal. The members of the Appeals Board will not hold an appointment in the same Department or Program as the resident/fellow in question and will be chosen b the GME office. The resident/fellow will be afforded the opportunity to present any relevant information in reference to the dismissal or suspension during this time frame, including oral and written statements in support of the appeal. The members of the Appeals Board will have access to all relevant documents, including formative and summative evaluations and other assessments of the trainee in question during their discussions and deliberations. The Department Chair or designee shall be responsible for presenting evidence in support of the dismissal or suspension. Specific procedures applicable to the appeal may be adopted by the Appeal Board and furnished to the resident/fellow and Department Chair. The decision of this GME Appeals Board will be presented, ir writing, to the resident/fellow within seven (7) days of the meeting, concluding the GME Level Review and Grievance Review Process If the resident/fellow's Appeal is upheld, the GME Appeals Board will provide direction to the Program on reinstatement, and make recommendations pertaining to focused educatior re-mediation and continuing trainee assessment, as appropriate.

## Complaints Related to the Work Environment, Program or Faculty

In the event a resident/fellow in an ACGME accredited training program at PSHM has concerns or complaints about their program or educational learning environment, it is recommended they first address these issues with the Program Director and/or Department Chair of their respective program. If the resident/fellow believes real or perceived conflicts of interest would preclude or render unproductive such a discussion, it is recommended they engage the designated Graduate Medical Education Ombudsperson(s) for advice and counse on the most appropriate course of action to address their concerns (e.g., reportin mechanisms through the Culture of Respect in Education, Human Resources, Titl IX requirements, Graduate Medical Education Office).

If at any time the resident/fellow is uncomfortable with these discussions or unsatisfied with previous counseling or recommendations, the Associate Dean fc Graduate Medical Education will be available to meet with the resident/fellow, directly, to resolve the concern.

**Approved by GME Committee:** January 11, 2023

**Updated:** July 15, 2025

**Leave of Absence Policy**