# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **BRIAN CONOR JACOBS, MD,** | |
| **Plaintiff,** | |
| **v.** | **NO. 1:26-CV-01167** |
| **KARL T. CLEBAK, MD,** *et al.***,** | **JUDGE WILSON** |
| **Defendants.** | **ELECTRONICALLY FILED** |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Brian Conor Jacobs, MD requests an Order of this Court prohibiting Defendants, Penn State Health Milton S. Hershey Medical Center ("PSHMC") administrators sued in their official capacities, from imposing discipline on Dr. Jacobs in violation of the due process guarantees of the Fourteenth Amendment of the United States Constitution during the pendency of this matter.

Pursuant to Local Rules 7.1 and 7.5, this Motion is accompanied by a proposed Order and supporting brief being filed simultaneously herewith.

2

Date:  May 4, 2026

Respectfully submitted:

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
*Pro hac vice forthcoming*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

/s/ Daniel T. Brier
Daniel T. Brier (PA 53248)
Frank J. Brier (PA 73044)
Richard L. Armezzani (PA 322804)
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100
dbrier@mbklaw.com
fbrier@mbklaw.com
rarmezzani@mbklaw.com

## **CERTIFICATE OF NONCONCURRENCE**

Pursuant to Local Rule 7.1, the undesigned counsel indicates that I have not sought concurrence in the motion from each party because no attorney has entered an appearance.

Date:  May 4, 2026

/s/ Joshua Adam Engel
Joshua Adam Engel

## CERTIFICATE OF SERVICE

I, Joshua A. Engel, hereby certify that a true and correct copy of the foregoing

Motion for Preliminary Injunction will be served upon the following parties via

process server:

Karl T. Clebak, MD
Associate Dean for Graduate Medical Education
Penn State Health Milton S. Hershey Medical Center
The Pennsylvania State University College of Medicine
Office of Graduate Medical Education
500 University Drive
Hershey, PA 17033

Kevin P. Black, MD
Interim Vice Dean for Educational Affairs
Penn State Milton S. Hershey Medical Center
500 University Drive
Hershey, PA 17033

Nasr Ghahramani MD, MS, FACP
Interim Chair, Department of Medicine
Penn State College of Medicine
500 University Drive
Hershey, PA 17033

/s/ Joshua A. Engel
Joshua Adam Engel