# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BRIAN CONOR JACOBS, MD,**

**Plaintiff,**

**v.**

**KARL T. CLEBAK, MD, *et al.*,**

**Defendants.**

**NO. 1:26-CV-01167**

**JUDGE WILSON**

**ELECTRONICALLY FILED**

## MOTION FOR LIMITED EXPEDITED DISCOVERY

Plaintiff Brian Conor Jacobs, MD seeks an Order of this Court for limited expedited discovery in anticipation of a hearing on the Motion for a Preliminary Injunction. Plaintiff seeks:

(i)     a transcript and copy of any recordings of the disciplinary/appeal hearings for Dr. Jacobs;

(ii)    the complete investigative file and all correspondence/ communications/minutes regarding the disciplinary investigation and proceedings for Dr. Jacobs;

(iii)   all policies and procedures or bylaws relied upon in terminating Dr. Jacobs from the PSHMC residency program; and

(iv)    the ability to take no more than five depositions by videoconference.

Pursuant to Local Rules 7.1 and 7.5, this Motion is accompanied by a proposed Order and supporting brief being filed simultaneously herewith.

Date: May 4, 2026

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
*pro hac vice forthcoming*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

/s/ Daniel T. Brier
Daniel T. Brier (PA 53248)
Frank J. Brier (PA 73044)
Richard L. Armezzani (PA 322804)
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
fbrier@mbklaw.com
rarmezzani@mbklaw.com

## CERTIFICATE OF NONCONCURRENCE

Pursuant to Local Rule 7.1, the undesigned counsel indicates that I have not sought concurrence in this motion from each party because no attorney has entered an appearance.

Date:  May 4, 2026

/s/ Joshua Adam Engel
Joshua Adam Engel

# CERTIFICATE OF SERVICE

I, Joshua A. Engel, hereby certify that a true and correct copy of the foregoing

Motion for Limited Expedited Discovery will be served upon the following parties

via process server:

Karl T. Clebak, MD
Associate Dean for Graduate Medical Education
Penn State Health Milton S. Hershey Medical Center
The Pennsylvania State University College of Medicine
Office of Graduate Medical Education
500 University Drive
Hershey, PA 17033

Kevin P. Black, MD
Interim Vice Dean for Educational Affairs
Penn State Milton S. Hershey Medical Center
500 University Drive
Hershey, PA 17033

Nasr Ghahramani MD, MS, FACP
Interim Chair, Department of Medicine
Penn State College of Medicine
500 University Drive
Hershey, PA 17033

/s/ Joshua A. Engel
Joshua Adam Engel