# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN CONOR JACOBS, MD,

Plaintiff,

v.

KARL T. CLEBAK, MD, *et al.*,

Defendants.

NO. 1:26-CV-01167

JUDGE WILSON

ELECTRONICALLY FILED

## AFFIDAVIT OF SERVICE

I, Richard L. Armezzani, hereby certify the following:

1.     On May 5, 2026, I served true and correct copies of the Complaint, Motion for Preliminary Injunction with supporting brief, Motion for Expedited Limited Discovery with supporting brief, and the Court's May 5, 2026 Order upon the named defendants *via* electronic mail in accordance with Paragraph 2 of the Court's May 5, 2026 Order.

2.     Attached as **Exhibit 1** is a true and correct copy of a May 5, 2026 email to Defendant Karl T. Clebak, MD, Associate Dean for Graduate Medical Education at Pennsylvania State University College of Medicine at his publicly available email address.

3.    Attached as **Exhibit 2** is a true and correct copy of a May 5, 2026 email to Defendant Kevin P. Black, MD, Interim Vice Dean for Educational Affairs at Pennsylvania State University College of Medicine, at his publicly available email address.

4.    Attached as **Exhibit 3** is a true and correct copy of a May 5, 2026 email to Defendant Nasrollah Ghahramani, MD, Interim Chair, Department of Medicine at Pennsylvania State University College of Medicine at his publicly available email address.

5.    I also served a courtesy copy of the Complaint, Motion for Preliminary Injunction with supporting brief, Motion for Expedited Limited Discovery with supporting brief, and the Court's May 5, 2026 Order upon Jacob M. Theis, Associate General Counsel for Penn State Health, at his publicly availably email address.

6.    Attached as **Exhibit 4** is a true and correct copy of a May 5, 2026 email to Mr. Theis.

I further certify that these statements are made pursuant to 28 U.S.C. § 1746 relating to unsworn falsification to authorities.

Date:  May 5, 2026

Respectfully submitted:

/s/ Richard L. Armezzani
Daniel T. Brier
Frank J. Brier
Richard L. Armezzani
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100
dbrier@mbklaw.com
fbrier@mbklaw.com
rarmezzani@mbklaw.com

Joshua Adam Engel
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

3

## <u>CERTIFICATE OF SERVICE</u>

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Affidavit of Service was served upon the following parties via electronic mail:

Karl T. Clebak, MD
Associate Dean for Graduate Medical Education
Penn State Health Milton S. Hershey Medical Center
The Pennsylvania State University College of Medicine
Office of Graduate Medical Education
500 University Drive
Hershey, PA 17033

Kevin P. Black, MD
Interim Vice Dean for Educational Affairs
Penn State Milton S. Hershey Medical Center
500 University Drive
Hershey, PA 17033

Nasr Ghahramani MD, MS, FACP
Interim Chair, Department of Medicine
Penn State College of Medicine
500 University Drive
Hershey, PA 17033

/s/ Richard L. Armezzani
Richard L. Armezzani