3

| | |
|---|---|
| **From:** | Richard L. Armezzani |
| **Sent:** | Tuesday, May 5, 2026 4:03 PM |
| **To:** | 'nghahramani@pennstatehealth.psu.edu' |
| **Cc:** | Dan Brier; Frank J. Brier; Carol A. Kelleher; Joshua Adam Engel |
| **Subject:** | Brian Conor Jacobs, MD v. Nasrollah Ghahramani, MD, et al., No. 1:26-cv-01167-JPW (M.D.Pa.) |

Dr. Ghahramani—

I represent Plaintiff Brian Conor Jacobs, MD in an action filed against you on Friday in the United States District Court for the Middle District of Pennsylvania. Below is a fileshare link to the Complaint, Motion for Preliminary Injunction (and supporting brief), Motion for Limited Expedited Discovery (and supporting brief), and a May 5, 2026 Order of the Court:

 Jacobs v Clebak, et al

Per the Court's May 5 Order, a telephone conference which requires either you or your counsel to attendance has been scheduled in this matter for **Friday, May 8, 2026 at 11:00am**. Please see the May 5 Order for more details.

This email serves as notice of that conference in compliance with paragraph 2 of the May 5 Order.

Thank you,
Rich Armezzani

**Richard L. Armezzani**
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
(570) 342-6147 (fax)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic mail transmission is a privileged attorney-client communication and is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering this transmission to an addressee, you have received this transmission in error and you are strictly prohibited from reading or disclosing it. The information contained in this transmission is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this transmission other than immediately contacting us by telephone at (570) 342-6100 and deleting this transmission.