**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| BRIAN CONOR JACOBS, MD,<br><br>    Plaintiff,<br><br> vs.<br><br>KARL T. CLEBAK, MD, *et al.*,<br><br>    Defendants. | CASE NO:  1:26-CV-01167<br><br>JUDGE WILSON |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Geoffrey F. Sasso, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendants, Karl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah Ghahramani MD, MS, FACP, in the above-referenced matter.

             **BUCHANAN INGERSOLL & ROONEY PC**

Dated:  May 7, 2026      BY: */s/ Geoffrey Sasso_____*
             Geoffrey F. Sasso, Esq. (PA ID No. 202936)
             Two Liberty Place
             50 S. 16th Street, Suite 3200
             Philadelphia, PA 19102
             T: 215-665-8700
             F: 215-665-8760
             makenzie.leh@bipc.com

             *Counsel for Defendants, Karl T. Clebak, MD,*
             *Kevin P. Black, MD, and Nasrollah Ghahramani*
             *MD, MS, FACP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2026, I caused a copy of the foregoing *Notice of Appearance* to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

*/s/ Geoffrey Sasso*____
Geoffrey F. Sasso