**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIAN CONOR JACOBS, | : | Civil No. 1:26-CV-01167 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KARL T. CLEBAK, *et al.*, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 8th day of May, 2026, following a telephone status conference in this case discussing Plaintiff's motions for a preliminary injunction, limited expedited discovery, Docs. 4 & 6, **IT IS ORDERED AS FOLLOWS**:

1) Following a required meaningful conference of counsel, if the parties agree on a proposed scheduling order for this case, they shall file that proposed scheduling order on the docket no later than **Thursday, May 14, 2026**.

2) If the parties are unable to agree on a proposed scheduling order and none is filed by the above deadline, a telephone status conference to address the relevant deadlines in this case is scheduled for **Friday, May 15, 2026 at 3:00 p.m.**  The parties shall call in to the court's conference call number, 570-218-8447, using the phone conference

ID 660 227 256#.  In the event that a proposed scheduling order is

filed, the court will cancel this conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania