**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN CONOR JACOBS, MD | Case No. 1:26-cv-01167 |
| PLAINTIFF, | |
| | Judge: Wilson |
| v. | |
| KARL T. CLEBAK, MD, ET AL | JOINT PROPOSED CASE MANAGEMENT ORDER |
| DEFENDANTS | |

The parties jointly submit the following Proposed Case Management Order for the Court's consideration.

| | |
|---|---|
| May 22, 2026 | Rule 12 Motion and Supporting Brief |
| May 29, 2026 | Initial Disclosures<br>Parties serve Initial Paper Discovery Requests |
| June 5, 2026 | Opposition Brief to Rule 12 Motion |
| June 12, 2026 | Reply Brief to Opposition to Rule 12 Motion |
| June 12, 2026 | Parties Respond to Discovery Requests[1] |

---

[1] The Parties agree to a "rolling" production of documents, with the expectation that responsive documents will be produced as they become available but no later than this date.

1

| June 29 – July 24, 2026 | Fact Witness Depositions[2],[3] |
|---|---|
| July 31, 2026 | Plaintiff Expert Disclosures (identification by name and provision of expert reports and CVs) |
| August 10, 2026 | Defendant Expert Disclosures (identification by name and provision of expert reports and CVs) |
| August 21, 2026 | Discovery Deadline |
| September 4, 2026 | Dispositive Motions and Supporting Briefs |
| September 23, 2026 | Opposition Briefs to Dispositive Motions |
| September 30, 2026 | Reply Briefs to Opposition to Dispositive Motions |
| October 2026 | Bench Trial on the Merits[4] |

[2] The Parties agree that if the Court has not ruled on the Motion to Dismiss, deposition discovery will be stayed.  In that event, the Parties will request a scheduling conference with the Court.

[3] The Parties stipulate, pursuant to Fed.R.Civ.P 30(b)(4), that a deposition may be taken by telephone or other remote means.

[4] The Parties agree that if a Dispositive Motion is still pending, the Parties will request a Scheduling Conference to consider whether the Trial Date should be moved to allow the Court to first address the pending Dispositive Motion.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Joshua A. Engel
Joshua Adam Engel (Ohio 0075769)
*pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

/s/ Daniel Brier
Daniel T. Brier (PA 53248)
Frank J. Brier (PA 73044)
Richard L. Armezzani (PA 322804)
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
fbrier@mbklaw.com
rarmezzani@mbklaw.com


FOR DEFENDANTS:


/s/ Anthony Andrisano
Anthony (T.J.) Andrisano, Esq. (PA ID No. 201231)
Buchanan Ingersoll & Rooney PC
409 North Second Street, Suite 500
Harrisburg, PA 17101-1357
Phone:  (717) 237-4800
Facsimile:  (717) 233-0852
anthony.andrisano@bipc.com

/s/ Geoffrey F. Sasso
Geoffrey F. Sasso, Esq. (PA ID No. 202936)
Buchanan Ingersoll & Rooney PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
geoffrey.sasso@bipc.com