# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN CONOR JACOBS, MD

PLAINTIFF,

v.

KARL T. CLEBAK, MD, ET AL

DEFENDANTS

Case No. 1:26-cv-01167

UNOPPOSED MOTION
FOR LEAVE TO EXCEED
PAGE/WORD LIMIT

### ORDER

This matter came before the Court on the Motion of Plaintiff to exceed the fifteen-page and/or 5,000-word limitation in filing their Brief in Opposition to Defendants' Motion to Dismiss.  (Motion, Doc#29; Brief, Doc#30.)  Defendants do not oppose this Motion.

For good cause shown, the Motion is GRANTED.  Plaintiff is granted leave to file a Biref in Opposition not exceeding 9500 words (exclusive of tables of contents and authorities, signatures, and certificates).

SO ORDERED.

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania