## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN CONOR JACOBS, MD,

       Plaintiff,

vs.

KARL T. CLEBAK, MD, *et al.*,

       Defendants.

CASE NO:  1:26-CV-01167

JUDGE WILSON

### THE NOTICE OF ERRATA RE: REPLY MEMORANDUM OF LAW OF DEFENDANTS' KARL T. CLEBAK, MD, KEVIN P. BLACK, MD, AND NASROLLAH GHAHRAMANI MD, MS, FACP

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Defendants, Karl T. Clebak, M.D., Kevin P. Black, M.D., and Nasrollah Ghahramani, M.D., M.S., F.A.C.P. ("Defendants"), hereby file this Notice of Errata to correct an error in their previously filed Reply Memorandum of Law in Support of their Motion to Dismiss the Complaint of Plaintiff, Brian Conor Jacobs, M.D. ("Plaintiff"). *See* Dkt. No. 35. Specifically, Defendants make the following corrections on page 14, line 5 of their Reply Memorandum:

- Penn State Health was founded in 2014, not 2024.

*See id.* at p. 14.

This filing, including all substantive allegations and assertions, is otherwise unchanged. The Corrected Version of Defendants' Reply Memorandum is attached

hereto as **Exhibit A**.  Defendants respectfully request that the Court replace Dkt. No. 35 with the Corrected Version of Defendants' Reply Memorandum.

**PLEASE TAKE FURTHER NOTICE THAT** Defendants hereby file this Notice of Errata to remove a filing from the docket. On Friday, July 12, 2026, Defendants inadvertently filed Docket No. 34, which is titled, "REPLY BRIEF re MOTION to Dismiss for Failure to State a Claim." *See* Dkt. No. 34. This filing was uploaded in error, and Defendants respectfully request that it be removed from the docket in the above-referenced matter as soon as possible. Defendants apologize for the inadvertent filing and any inconvenience it may have caused.

Dated: June 18, 2026                    Respectfully Submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey F. Sasso*
Geoffrey F. Sasso, Esq. (Pa. ID 202936)
Anthony (T.J.) Andrisano, Esq. (Pa ID 201231)
Makenzie P. Leh, Esq. (PA. ID. 333895)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: 215-665-8700
F: 215-665-8760
geoffrey.sasso@bipc.com
anthony.andrisano@bipc.com
makenzie.leh@bipc.com

*Attorneys for Defendants, Karl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was filed through the CM/ECF system and will be served electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: June 18, 2026

/s/ Geoffrey F. Sasso
Geoffrey F. Sasso, Esquire
*Attorney for Defendants, Karl T. Clebak,*
*M.D., Kevin P. Black, M.D., and Nasrollah*
*Ghahramani, M.D., M.S., F.A.C.P.*