# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CONOR JACOBS, | : | Civil No. 1:26-CV-01167 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KARL T. CLEBAK, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 20th day of July, 2026, for the reasons explained in the accompanying memorandum of law, **IT IS ORDERED THAT** Defendants' motion to dismiss Plaintiff's complaint, Doc. 29, is **DENIED**. Defendants shall file an answer to Plaintiff's complaint, Doc. 1, no later than **August 10, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania