

**Geoffrey F. Sasso**
215 665 3918 / 609 987 5750
geoffrey.sasso@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

July 31, 2026

**VIA ECF**

The Honorable Jennifer P. Wilson, U.S.D.J.
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

> **Re:    Brian Conor Jacobs, MD, v. Karl T. Clebak, MD, et al.**
> **Case No. 1:26-cv-01167**

Dear Judge Wilson:

This firm is counsel to Defendants, Carl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah Ghahramani, MD, MD, FACP (the "HMC Physicians"). We write with the consent of counsel for Plaintiff, Brian Conor Jacobs, MD ("Dr. Jacobs"), to request a conference with Your Honor.

As Your Honor may recall, a Scheduling Order was entered in this matter in May 2026. *See* Doc. 25. This Order provided a truncated briefing schedule for the HMC Physicians' motion to dismiss, followed by a month-long period to conduct depositions that concluded on July 24, 2026. However, this period of depositions was stayed pending a decision on the motion to dismiss. The Order further provided that, if a decision was not issued on the motion to dismiss, the parties could reach out to the Court for a scheduling conference to adjust the discovery deadlines. A decision was issued on July 20, 2026 denying the motion and the parties will now require additional time to conduct depositions, as well as discovery that naturally flows from same.

In addition to the foregoing, counsel for the HMC Physicians experienced two unrelated, unforeseen, and traumatic events during the month of July that occupied several weeks of my time. These events were shared with Dr. Jacobs's counsel, who has been very gracious and understands the necessity of moving the case deadlines in light of these events. The parties can further explain to the Court during the conference.

July 31, 2026
Page - 2 -


      Accordingly, all parties respectfully request that Your Honor schedule a conference to discuss modifying the case deadlines. We are happy to provide our availability for scheduling purposes.

Respectfully submitted,

*/s/ Geoffrey F. Sasso*

Geoffrey F. Sasso

cc:    Joshua A. Engel, Esquire (via ECF)