**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN CONOR JACOBS, MD,<br>Plaintiff,<br>vs.<br>KARL T. CLEBAK, MD, *et al.*,<br>Defendants. | CASE NO: 1:26-CV-01167<br>JUDGE WILSON |

**JOINT NOTICE OF RESOLUTION**

Plaintiff Brian Conor Jacobs, MD ("Plaintiff") and Defendants, Karl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah Ghahramani, MD, MS, FACP, submit this Joint Notice of Resolution and state that Plaintiff and Defendants have reached a resolution with regards to this matter and are presently drafting, finalizing, and executing the formal documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

The Parties expect that the final executed Joint Stipulation of Dismissal will be filed within forty-five (45) days, and request that the Court stay this case and all unexpired deadlines.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

**ENGEL AND MARTIN, LLC**

*/s/ Joshua A. Engel*
Joshua Adam Engel, Esquire
Attorneys for Plaintiff, Brian Conor Jacobs, MD

**BUCHANAN INGERSOLL & ROONEY, PC**

*/s/ Geoffrey F. Sasso*
Geoffrey F. Sasso, Esquire
Anthony (T.J.) Andrisano, Esquire
Attorneys for Defendants, Karl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah Ghahramani, MD, MS, FACP,

Dated: August 28, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was filed through the CM/ECF system and will be served electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 28, 2026

By: */s/ Geoffrey F. Sasso*
*Attorney for Defendants, Karl T. Clebak, MD, Kevin P. Black, MD, and Nasrollah Ghahramani MD, MS, FACP*