**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN CONOR JACOBS, MD<br><br>PLAINTIFF,<br><br>v.<br><br>KARL T. CLEBAK, MD, ET AL<br><br>DEFENDANTS | Case No. 1:26-cv-01167<br><br>Judge: Wilson<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a) (1) (A)(ii), the parties stipulate to a dismissal of this action with prejudice.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Joshua A. Engel
Joshua Adam Engel (Ohio 0075769)
*pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

Daniel T. Brier (PA 53248)
Frank J. Brier (PA 73044)
Richard L. Armezzani (PA 322804)
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
fbrier@mbklaw.com
rarmezzani@mbklaw.com

FOR DEFENDANTS:

/s/ Geoffrey Sasso
Geoffrey F. Sasso (Pa. ID 202936)
Anthony (T.J.) Andrisano (Pa ID 201231)
Makenzie P. Leh, Esq. (PA. ID. 333895)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: 215-665-8700
F: 215-665-8760
geoffrey.sasso@bipc.com
anthony.andrisano@bipc.com
makenzie.leh@bipc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this October 13, 2026 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel